| | |
|---|---|
| 1 | Shane Brun (SBN 179079) |
| 2 | *sbrun@goodwinprocter.com*<br>**GOODWIN PROCTER LLP** |
| 3 | Three Embarcadero Center, 24th Floor<br>San Francisco, California  94111 |
| 4 | Tel.: (415) 733-6000<br>Fax: (415) 677-9041 |
| 5 | Attorneys for |
| 6 | **SONUS NETWORKS, INC.** |
| 7 | Chris Holm (SBN 249388)<br>*cholm@polsinelli.com* |
| 8 | **POLSINELLI PC**<br>2049 Century Park East, Suite 2900 |
| 9 | Los Angeles, CA 90067<br>Tel: (310) 566-6751 |
| 10 | Fax: (310) 556-1802 |
| 11 | Attorneys for |
| 12 | **INVENTERGY, INC.** |
| 13 | [*Additional counsel on Signature Page*] |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| INVENTERGY, INC.,<br><br>    Plaintiff,<br><br>  v.<br><br>SONUS NETWORKS, INC.,<br><br>    Defendant. | Case No. 3:16-cv-00918-WHO<br><br>**STIPULATION AND ORDER REGARDING DEADLINE TO ANSWER COMPLAINT AND CASE MANAGEMENT CONFERENCE**<br><br>Date:          June 7, 2016<br>Time:         2:00 p.m.<br>Courtroom: 2—17th Floor<br>Judge:        William H. Orrick |

**STIPULATION AND ORDER REGARDING DEADLINE
TO ANSWER COMPLAINT AND CASE MANAGEMENT CONFERENCE**          Case No. 16-cv-00918-WHO

WHEREAS, on February 24, 2016, Plaintiff Inventergy, Inc. ("Inventergy") filed the above-referenced action alleging that Defendant Sonus Networks, Inc. ("Sonus") has infringed U.S. Patent No. 7,881,317;

WHEREAS, Sonus' deadline to answer the Complaint is May 2, 2016;

WHEREAS, the parties have agreed to extend Sonus' deadline to answer the Complaint by two weeks, to May 16, 2016;

WHEREAS, the Court has scheduled a case management conference for June 7, 2016, at 2:00 p.m.;

WHEREAS, on January 23, 2015, Sonus filed an action, captioned *Sonus Networks, Inc. v. Inventergy, Inc.*, No. 3:15-cv-000322-EMC, which is currently pending before the Honorable Edward M. Chen;

WHEREAS, the parties believe that the two above-referenced actions should be related because (1) they involve substantially the same parties, property, transactions and events; and (2) it appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different judges;

WHEREAS, Sonus is filing today with Judge Chen an Unopposed Administrative Motion to Consider Whether Cases are Related;

IT IS ACCORDINGLY STIPULATED, by and between the parties hereto, that:

1. Sonus' deadline to answer the Complaint be extended to May 16, 2016; and
2. The case management conference in this action, currently scheduled for June 7, 2016, at 2:00 p.m., be postponed pending a decision by Judge Chen on Sonus' Unopposed Administrative Motion to Consider Whether Cases are Related.

| | | |
|---|---|---|
| 1 | | Respectfully submitted, |
| 2 | Dated: April 28, 2016 | **GOODWIN PROCTER LLP** |
| 3 | | |
| 4 | | By: <u>/s/ Shane Brun</u><br>Shane Brun (SBN 179079)<br>*sbrun@goodwinprocter.com* |
| 5 | | **GOODWIN PROCTER LLP**<br>Three Embarcadero Center, 24th Floor |
| 6 | | San Francisco, California 94111<br>Telephone:  (415) 733-6000 |
| 7 | | Facsimile:   (415) 677-9041 |
| 8 | | Michael G. Strapp *(pro hac vice* forthcoming*)*<br>*mstrapp@goodwinprocter.com* |
| 9 | | Srikanth K. Reddy *(pro hac vice* forthcoming*)*<br>*sreddy@goodwinprocter.com* |
| 10 | | **GOODWIN PROCTER LLP**<br>53 State Street |
| 11 | | Boston, Massachusetts  02109<br>Tel.:  (617) 570-1000 |
| 12 | | Fax.:  (617) 523-1231 |
| 13 | | *Attorneys for Sonus Networks, Inc.* |
| 14 | | <u>/s/ William Sloan Coats</u><br>Chris Holm (SBN 249388) |
| 15 | | *cholm@polsinelli.com*<br>**POLSINELLI PC** |
| 16 | | 2049 Century Park East, Suite 2900<br>Los Angeles, CA 90067 |
| 17 | | Tel: (310) 566-6751 |
| 18 | | Fax: (310) 556-1802 |
| 19 | | Wes Klimczak (SBN 294314)<br>*wklimczak@polsinelli.com* |
| 20 | | **POLSINELLI PC** |
| 21 | | Three Embarcadero Center, Suite 1350<br>San Francisco, CA 94111 |
| 22 | | Tel.: (408) 414-7356<br>Fax: (415) 248-2101 |
| 23 | | |
| 24 | | William Sloan Coats (SBN 94864)<br>*william.coats@novakdruce.com* |
| 25 | | **NOVAK DRUCE CONNOLLY BOVE +<br>QUIGG LLP** |
| 26 | | 21771 Stevens Creek Blvd., 1st Floor<br>Cupertino, CA 95014 |
| 27 | | Tel: (408) 414-7356<br>Fax: (408) 996-1145 |
| 28 | | *Attorneys for Inventergy, Inc.* |

**PURSUANT TO STIPULATION, IT IS SO ORDERED AS MODIFIED BELOW:**

1. Sonus' deadline to answer the Complaint be extended to May 16, 2016; and
2. The case management conference in this action will remain as scheduled on June 7, 2016, at 2:00 p.m.  In the unlikely event that Judge Chen has not considered Sonus' Unopposed Administrative Motion to Consider Whether Cases are Related, the parties shall file a Joint Case Management Conference Statement by May 31, 2016.

Dated: April 29, 2016

_____
HONORABLE WILLIAM H. ORRICK
United States District Judge

**CIVIL L.R. 5-1 SIGNATURE ATTESTATION**

I, Shane Brun, am the ECF User whose ID and Password are being used to file this STIPULATION and [PROPOSED] ORDER REGARDING DEADLINE TO ANSWER COMPLAINT AND CASE MANAGEMENT CONFERENCE. In compliance with Civil L.R. 5-1(i)(3), I hereby attest that William Coats, counsel for Inventergy, Inc., concurred to its filing.

Dated: April 28, 2016                    */s/ Shane Brun*
                                          Shane Brun