Shane Brun (SBN 179079)
*sbrun@goodwinprocter.com*
**GOODWIN PROCTER LLP**
Three Embarcadero Center
24th Floor
San Francisco, California 94111
Tel.: 415.733.6000
Fax.: 415.677.9041

Attorneys for
**SONUS NETWORKS, INC.**

Chris Holm (SBN 249388)
Chris.holm@novakdruce.com
**NOVAK DRUCE CONNOLLY BOVE + QUIGG LLP**
333 S. Grand Ave., 23rd Floor
Los Angeles, CA  90071
Tel: (213) 787-2500
Fax: (213) 687-0498

Attorneys for
**INVENTERGY, INC.**

[*Additional counsel on Signature Page*]

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| INVENTERGY, INC.<br><br>            Plaintiff,<br><br>     v.<br><br>SONUS NETWORKS, INC.<br><br>            Defendant. | Case No. 3:16-cv-00918-EMC<br><br>**JOINT STIPULATION AND [PR~~OPOS~~ED] ORDER TO STAY PENDING DEADLINES**<br><br>Courtroom:   Courtroom 5<br>Judge:             Edward M. Chen<br><br>Action Filed:  February 24, 2016 |

WHEREAS, on June 6, 2016, Plaintiff Inventergy, Inc. ("Inventergy") and Defendant Sonus Networks, Inc. ("Sonus") reached an agreement in principle to settle the above-referenced matter;

THEREFORE, IT IS STIPULATED AND AGREED between the parties, through their respective counsel of record herein, that:

1) All currently scheduled court deadlines and hearings be extended for 30 days to provide the parties with an opportunity to finalize their agreement and submit the appropriate pleading to the Court seeking dismissal of the litigation.

| | |
|---|---|
| Dated: June 6, 2016 | Respectfully submitted, |

By: /s/ Srikanth K. Reddy
Shane Brun (SBN 179079)
*sbrun@goodwinprocter.com*
**GOODWIN PROCTER LLP**
Three Embarcadero Center, 24th Floor
San Francisco, California 94111
Tel.:  415.733.6000
Fax.:  415.677.9041

Srikanth K. Reddy (*pro hac vice*)
*sreddy@goodwinprocter.com*
**GOODWIN PROCTER LLP**
53 State Street
Boston, Massachusetts  02109
Tel.:  617.570.1000
Fax.:  617.523.1231

*Attorneys for Sonus Networks, Inc.*

/s/ Chris L. Holm
Chris L. Holm (SBN 249388)
**NOVAK DRUCE CONNOLLY BOVE + QUIGG LLP**
333 S. Grand Ave., 23rd Floor
Los Angeles, CA  90071
Tel: (213) 787-2500
Fax: (213) 687-0498
Chris.holm@novakdruce.com

William Sloan Coats (SBN 94864)
Wes Klimczak (SBN 294314)
**NOVAK DRUCE CONNOLLY BOVE + QUIGG LLP**
21771 Stevens Creek Blvd., 1st Floor
Cupertino, CA  95014
Tel: (408) 414-7330
Fax: (408) 996-1145
Wes.klimczak@novakdruce.com
William.coats@novakdruce.com

*Attorneys for Inventergy, Inc.*

2

JOINT STIPULATION AND [PROPOSED]
ORDER TO STAY PENDING DEADLINES                              CASE NO. 16-CV-918-EMC

1 | **PURSUANT TO STIPULATION, IT IS SO ORDERED.** The Motion to Dismiss and Case Management Conference are continued from 6/27/16 to 7/28/16 at 1:30 p.m. An updated Joint CMC Statement or Stipulation for Dismissal shall be filed by 7/21/16.

Dated: 6/7/2016

_____
HONORABLE EDWARD M. CHEN
United States District Judge

*IT IS SO ORDERED AS MODIFIED*
Judge Edward M. Chen

3

**JOINT STIPULATION AND [PROPOSED]
ORDER TO STAY PENDING DEADLINES**                    **CASE NO. 16-CV-918-EMC**

**CIVIL L.R. 5-1 SIGNATURE ATTESTATION**

I, Srikanth K. Reddy, am the ECF User whose ID and Password are being used to file this JOINT STIPULATION AND [PROPOSED] ORDER TO STAY PENDING DEADLINES. In compliance with Civil L.R. 5-1(i)(3), I hereby attest that Chris L. Holm, counsel for Inventergy, Inc., concurred to its filing.

Dated: June 6, 2016                                              */s/ Srikanth K. Reddy*
                                                                               Srikanth K. Reddy

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on June 6, 2016, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system.  Any counsel of record who have not consented to electronic service through the Court's CM/ECF system will be served by electronic mail, first class mail, facsimile and/or overnight delivery.

>	*/s/ Srikanth K. Reddy*
>	Srikanth K. Reddy