Chris Holm (SBN 249388)
Chris.holm@novakdruce.com
**NOVAK DRUCE CONNOLLY BOVE + QUIGG LLP**
333 S. Grand Ave., 23rd Floor
Los Angeles, CA 90071
Tel: (213) 787-2500
Fax: (213) 687-0498

William Sloan Coats (SBN 94864)
William.coats@novakdruce.com
Wes Klimczak (SBN 294314)
Wes.klimczak@novakdruce.com
**NOVAK DRUCE CONNOLLY BOVE + QUIGG LLP**
21771 Stevens Creek Blvd., 1st Floor
Cupertino, CA 95014
Tel: (408) 414-7330
Fax: (408) 996-1145

Attorneys for Plaintiff Inventergy, Inc.

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| INVENTERGY, INC., <br><br> Plaintiff, <br><br> v. <br><br> SONUS NETWORKS, INC., <br><br> Defendant. | Case No. 3:16-cv-00918-EMC <br><br> **PLAINTIFF INVENTERGY INC.'S NOTICE OF DISMISSAL WITH PREJUDICE** ; ORDER <br><br> Action Filed: February 24, 2016 <br> Judge: Edward M. Chen <br> Location: Courtroom 5 |

**PLAINTIFF INVENTERGY INC.'S NOTICE OF DISMISSAL WITH PREJUDICE**    CASE NO. 16-CV-00918-EMC

1  TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

2  PLEASE TAKE NOTICE that Plaintiff hereby dismisses this action with prejudice.  This dismissal

3  is made pursuant to Federal Rule of Civil Procedure 41, which provides that "the plaintiff may

4  dismiss an action without a court order by filing (i) a notice of dismissal before the opposing party

5  serves either an answer or a motion for summary judgment."  Fed. R. Civ. Proc. 4l(a)(l)(A)(i).

6  Here, Defendant has not served either an answer or a motion for summary judgment.  Therefore,

7  Plaintiff may dismiss this action with prejudice and without a court order.

Respectfully submitted,

Dated: June 7, 2016

　　/s/Chris Holm　　　　　　　　　　
Chris Holm (SBN 249388)
Chris.holm@novakdruce.com
**NOVAK DRUCE CONNOLLY BOVE + QUIGG LLP**
333 S. Grand Ave., 23rd Floor
Los Angeles, CA  90071
Tel: (213) 787-2500
Fax: (213) 687-0498

William Sloan Coats (SBN 94864)
William.coats@novakdruce.com
Wes Klimczak (SBN 294314)
Wes.klimczak@novakdruce.com
**NOVAK DRUCE CONNOLLY BOVE + QUIGG LLP**
21771 Stevens Creek Blvd., 1st Floor
Cupertino, CA  95014
Tel: (408) 414-7330
Fax: (408) 996-1145

Attorneys for Plaintiff Inventergy, Inc.

```
IT IS SO ORDERED.  All deadlines and hearings are vacated.  The Court of the Clerk is
directed to close this case.
_____
Edward M. Chen
U.S. District Judge
```

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED AS MODIFIED — Judge Edward M. Chen]

**PLAINTIFF INVENTERGY INC.'S NOTICE OF DISMISSAL WITH PREJUDICE**                            CASE NO. 16-CV-00918-EMC

# CERTIFICATE OF SERVICE

The undersigned certifies that on June 7, 2016, the foregoing document was electronically filed with the Clerk of the Court for the United States District Court, Northern District of California, using the Court's Electronic Case Filing (ECF) system.  The ECF system routinely sends a "Notice of Electronic Filing" to all attorneys of record who have consented to accept this notice of this document by electronic means.

Dated:  June 7, 2016

By:  /s/AJ Cruickshank
AJ Cruickshank